# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Dzimbo

Plaintiff

v.

Alfredo Castellanos and
Stacy Sinner

Defendants

Case No. Civil 00-2373 DSD/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's complaint be dismissed without prejudice. That Defendants' motion for summary judgment is moot, precluding judicial determination.

DATE: November 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk